UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN DOUGLAS CARLISLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　Defendants. | No.: 1:21-cv-01286-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $402.00 FILING FEE<br><br>(Doc. Nos. 6, 10) |

　　　　Plaintiff Tevin Douglas Carlisle is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 6, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and plaintiff be directed to pay the $402.00 filing fee. (Doc. No. 10.)  The findings and recommendations were served on plaintiff  and contained notice that objections were due within fourteen days.  (*Id.* at 3.)  No objections were filed and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, the court orders that:

1. The findings and recommendations filed on October 6, 2021 (Doc. No. 10), are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (Doc. No. 6) is denied; and

3. Plaintiff shall pay the $402.00 filing fee within twenty days from the date of service of this order or the action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:  **November 16, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE