UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN DOUGLAS CARLISLE,<br><br>            Plaintiff,<br><br>     v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>            Defendants. | No.: 1:21-cv-01286-NONE-SAB (PC)<br><br><u>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE</u> |

Plaintiff Tevin Douglas Carlisle is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2021, the court issued an order denying plaintiff's motion to proceed *in forma pauperis* and ordering plaintiff to pay the filing fee within 20 days. (Doc. No. 12.) The court cautioned plaintiff that failure to pay the filing fee as ordered will result in dismissal of the action without further notice. (*Id.* at 2.)

To date, plaintiff has not paid the filing fee as directed by the court in its November 17, 2021 order and the time to do so has passed.

///

///

///

1

Accordingly,

1. This action is dismissed for failure to pay the filing fee and failure to obey a court order; and,
2. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: __January 5, 2022__ _/s/ Dale A. Drozd_
 UNITED STATES DISTRICT JUDGE